IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TERENCE A. SWEET, | ) | 1:10cv01645 DLB |
| | ) | |
| | ) | |
| | ) | ORDER TO SHOW CAUSE |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

On September 9, 2010, Plaintiff, proceeding in forma pauperis and with counsel, filed the present action for judicial review of the denial of Social Security benefits. On September 10, 2010, the Court issued summons and a Scheduling Order. The Scheduling Order provides that, "[e]xcept when other provision is made pursuant to an application to proceed in forma pauperis, within twenty (20) days of filing the complaint, [plaintiff] shall serve the summons, complaint, the notice and form of consent to proceed before a magistrate judge . . . and file return of service with this court." More than twenty (20) days have passed since Plaintiff filed the complaint, but no return of service has been filed with this Court.

1

    Accordingly, Plaintiff is ORDERED TO SHOW CAUSE, if any he has, why the action should not be dismissed for failure to properly serve the complaint.

    The Court recognizes that Plaintiff is proceeding in forma pauperis and his counsel was not provided with instructions for completing and returning service documents to allow service by the United States Marshal. Therefore, the **Clerk of the Court** is DIRECTED to serve Plaintiff with a USM-285 form and instructions for completing and returning service documents to allow service by the United States Marshal.

    Plaintiff may comply with this order by filing a proof of service indicating that the complaint and summons were properly served OR by completing and returning the service documents, within **thirty (30) days** of the date of service of this order.

**<u>Failure to comply with this order will result in dismissal of this action</u>**.

    IT IS SO ORDERED.

Dated:   **December 14, 2010**              /s/ **Dennis L. Beck**
                                                   UNITED STATES MAGISTRATE JUDGE