IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TERENCE A. SWEET, | ) | 1:10cv01645 DLB |
| | ) | |
| | ) | ORDER DISCHARGING ORDER |
| | ) | TO SHOW CAUSE |
| Plaintiff, | ) | (Document 7) |
| | ) | |
| vs. | ) | |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff filed the present action for judicial review of the denial of Social Security benefits on September 9, 2010.

On December 15, 2010, the Court issued an order to show cause why the action should not be dismissed for Plaintiff's failure to properly serve the complaint. After the show cause order issued, Plaintiff filed proof of service of the summons and complaint. Based on Plaintiff's response, the order to show cause is DISCHARGED.

IT IS SO ORDERED.

Dated:   **December 16, 2010**          **/s/ Dennis L. Beck**
                                        UNITED STATES MAGISTRATE JUDGE

1