IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TERRENCE A. SWEET, | ) | 1:10cv01645 DLB |
| | ) | |
| | ) | ORDER GRANTING STIPULATION |
| | ) | FOR DISMISSAL WITH PREJUDICE |
| Plaintiff, | ) | (Document 13) |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

On May 17, 2011, the parties filed a stipulation and proposed order to dismiss this action.

The parties' stipulation is GRANTED and this action is DISMISSED. Each party shall bear his or her own costs.

IT IS SO ORDERED.

    Dated:   **May 17, 2011**            **/s/ Dennis L. Beck**
                                                  UNITED STATES MAGISTRATE JUDGE